■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RIVERA, Appellant.—Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on July 13, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Smith, JJ.

■ In the Matter of SUSAN M. v NEW YORK LAW SCHOOL.— Motion and cross motion for leave to appeal to Court of Appeals granted, and that branch of respondent's motion seeking a stay granted, all as indicated. Concur—Ross, J. P., Carro, Wallach and Smith, JJ.